```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

DEREK CAPOZZI                  )
                               )
     V.                        )    CIV. NO. 05-10171-PBS
                               )
UNITED STATES OF AMERICA       )
```

## MOTION TO EXTEND TIME

The United States moves to extend the time by which it must respond to defendant-petitioner Derek Capozzi's §2255 petition up to and including October 13, 2005. In support of its motion, the government says the following:

1. The defendant-petitioner's petition is long and complicated. The original petition consists of thirty-four (34) pages and a six (6) page, single spaced affidavit. The defendant-petitioner has also filed an amendment/supplement to his petition adding additional arguments and consisting of eleven (11) pages and a two (2) page affidavit.

2. The government needs to assemble (and review) the entire file for defendant/petitioner's two previous trials in order to respond to the petition.

3. The undersigned Assistant U.S. Attorney, to the best of his knowledge, did not receive, and was unaware of, the Court's previous Order in this matter. (The Court's recent Order is titled "Second Order").

4. On August 12, 2005, Defendant-Petitioner was sentenced to a term of imprisonment of twenty-three years (276 months) in another case (Cr. No. 01-10373-RWZ) to be served <u>consecutive</u> to

the thirty-year sentence of imprisonment to which he was sentenced in the instant case.  Consequently, he will not be prejudiced by the additional time requested by the government to respond to the petition.

    5.  The requested extension (of 45 days) is necessary for the government to adequately respond to the petition.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                           By:  /s/CHRISTOPHER F. BATOR
                                    Assistant U.S. Attorney

                                    Date: August 25, 2005


                          CERTIFICATE OF SERVICE

   I, CHRISTOPHER F. BATOR, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by first class mail upon Derek Capozzi.

                                    /s/ CHRISTOPHER F. BATOR
                                    Assistant U.S. Attorney