UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
DEREK CAPOZZI              )
                           )
     V.                    )    CIV. NO. 05-10171-PBS
                           )
UNITED STATES OF AMERICA   )
```

## MOTION TO EXTEND TIME

The United States moves to extend the time by which it must respond to defendant-petitioner Derek Capozzi's §2255 petition up to and including November 4, 2005. In support of its motion, the government says the following:

1.  The requested extension is necessary for the government to adequately respond to the petition.

2.  The defendant-petitioner's petition is long, complicated and addresses numerous, intensely fact-specific issues. The original petition consists of thirty-four (34) pages and a six (6) page, single-spaced affidavit. The defendant-petitioner has also filed an amendment/supplement to his petition adding additional arguments and consisting of eleven (11) pages and a two (2) page affidavit.

3.  The government has only just obtained parts of the file of defendant/petitioner's two previous files. The government needs to review and analyze in detail the entire file in order to respond to the petition.

4.  On August 12, 2005, Defendant-Petitioner was sentenced to a term of imprisonment of twenty-three years (276 months) in

another case (Cr. No. 01-10373-RWZ) to be served <u>consecutive</u> to the thirty-year sentence of imprisonment to which he was sentenced in the instant case. Consequently, he will not be prejudiced by the additional time requested by the government to respond to the petition.

                                 Respectfully submitted,

                                 MICHAEL J. SULLIVAN
                                 United States Attorney

                    By:  <u>/s/CHRISTOPHER F. BATOR</u>
                          Assistant U.S. Attorney

                          Date: October 13, 2005


<u>CERTIFICATE OF SERVICE</u>

    I, CHRISTOPHER F. BATOR, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by first class mail upon Derek Capozzi.

                                 <u>/s/ CHRISTOPHER F. BATOR</u>
                                 Assistant U.S. Attorney

                                 Date: October 13, 2005