**TERRANCE J. MCCARTHY**
ATTORNEY AT LAW

December 1, 2005

354 WASHINGTON STREET
BRAINTREE, MASSACHUSETTS 02184
(781) 848-9555

Mr. Tony Anastas, Clerk
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

RE: United States of America
Vs  Derek Capozzi
No. 1:05-CV-10171-PBS

Dear Mr. Anastas:

Would you kindly correct the docket sheet to reflect that Derek Capozzi's address is:

Derek Capozzi
Inmate No. 220162-038
USP Lewisburg
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Thank you for your expected cooperation.

Warm regards,

Terrance J. McCarthy

Cc: Mr. Christopher Bator, Esq.
    United States Attorney's Office
    Suite 9200
    United States District Court
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way
    Boston, Massachusetts 02210