United States District Court
For The
District Of Massachusetts

Derek A. Capozzi,
     Petitioner,

v.                                    Civ. No. 1:05-cv-10171-PBS

United States Of America,
     Respondent.                      Date: 2/14/06

Motion For Status Of Case,
Copy Of Docket Report, And
for An Order To The Government
To Respond To Defendant/Petitioners
Motion Under 28 U.S.C. § 2255

Now Comes the above-cited petitioner and hereby states the following:

1.) On 2/1/2005 this court ordered the government to respond to petitioner ["Capozzi's"] Motion Under 28 U.S.C. § 2255 To Vacate, Correct, Set Aside Sentence.

2.) On 8/8/2005 this court gave a

-1-

"second order" to the government to file a response/opposition to the petitioner (Capozzi's) motion under 28 U.S.C. § 2255, within 20 days.

3.) On 8/25/2005, the United States filed a motion for Extention of Time to October 13, 2005 to respond to defendant/petitioner Capozzi's 28 U.S.C. § 2255 motion.

4.) Since that date and time (8/25/05) Petitioner Capozzi has not heard from either this Court nor the United States of America.

As a result of the circumstances enumerated in paragraphs one (1) through four (4) above, the petitioner hereby requests this honorable Court to: 1.) Inform him of the current status of the case, 2.) Provide to him a copy of the Docket Report in this matter, and 3.) Order the Government to file an immediate responsive pleading to petitioner Capozzi's 28 U.S.C. § 2255 pleadings.

I hereby state the Government has been served a copy of the foregoing by mail /s/ Derek A. Capozzi

Respectfully Submitted,

/s/ Derek A. Capozzi, pro se  Date: 2/14/06

-2-