UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Derek Capozzi
        Plaintiff,                    CIVIL ACTION
                                               NO.   05-10171-PBS
   v.

United States of America
        Defendant.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                         July 18, 2006

     TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion to Vacate Sentence, on **August 10, 2006** at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                   By the Court,

                                                                   _/s/ Robert C. Alba_
                                                                   Deputy Clerk

Copies to:  All Counsel