United States District Court
District Of Massachusetts

FILED
CLERKS OFFICE
2007 JAN 29 P 3:29
U.S. DISTRICT COURT
DISTRICT OF MASS.

Derek A. Capozzi,
    Petitioner,

v.    Civ. No. 05-10171-PBS.

United States of America
    Respondent.

Request for Service Of Petitioners Motion for A Certificate Of Appealability Upon Government To Be Done By The Court

    Petitioner Capozzi received a copy of This Court's 1-12-07 Memorandum and Order on 1-23-07. It was postmarked 1-18-07. Petitioner Capozzi is currently in isolation at United States Penitentiary Lewisburg and has no access to the law library or his legal materials.

    As a result, Mr. Capozzi does not have knowledge of any time-limits for filing for a C.O.A.. Therefore, petitioner Capozzi has hand-drafted a C.O.A. immediately and is mailing it forthwith. As a result, petitioner is unable to obtain any copies to serve the government.

-1-

Wherefore, Mr. Gpozzi respectfully requests this Court foreward the government a copy by means of electronic mail.

Respectfully Submitted,

_____
Derek A. Gpozzi, Pro Se.