UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
DEREK A. CAPOZZI,              )
          Petitioner,          )
     v.                        ) CIVIL ACTION NO. 05-10171-PBS
                               )
UNITED STATES OF AMERICA       )
_____)
```

## DENIAL OF
## CERTIFICATE OF APPEALABILITY

February 2, 2007

Saris, U.S.D.J.

    Pursuant to 28 U.S.C. § 2253(c)(3) and Interim Loc. R. 22.1, I deny the request for a certificate of appealability because the applicant has made no substantial showing of the denial of a constitutional right.

                                            /s/ Patti B. Saris
                                            _____
                                            PATTI B. SARIS
                                            United States District Judge