United States District Court
District of Massachusetts

Derek A. Capozzi,
          Petitioner,

v.                                    Civil No. 05-10171-PBS.

United States Of America,

Notice Of Appeal, Request
For Clarification, And For
Thirty-Day Extension Of Time

On February 2, 2007, This Court denied petitioners' request for a Certificate of Appealability, pursuant to 28 U.S.C. § 2253 (c)(3) because "the applicant has made no showing of the substantial denial of a constitutional right.".

Pursuant to Rule 4 of the Federal Rules of Appelate Procedure, petitioner files notice of his intent to appeal this order to the 1st Circuit court of appeals.

At this time, petitioner also requests that this court please clarify whether, or not, he must file this notice of appeal pursuant to Rule 5(a) of the Fed. R. App. Proc. as a "Petition for Permission to Appeal," and if so, allow petitioner

an additional thirty-days extention of time to file pursuant to Rule 5(a). Such 30-day extention begining at the date this court files its order on the forgoing motion.

Finally, petitioner requests that said order be forwarded to the Court of Appeals if need be so.

The Petitioner, acting in pro se capacity, has been held in isolation with no legal materials, nor any law library access. He must conduct the foregoing matters "off of the top of his head", and respectfully asks this court to patiently consider these facts in making its determination on this matter.

Respectfully Submitted,

Derek A. Capozzi, pro se

Dated: March 1st, 2007.